IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | 4:12CR3023 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | |
| | ) | **ORDER** |
| CHRISTOPHER D. MALLETT, | ) | |
| Defendant. | ) | |

IT IS ORDERED that the plaintiff's motion for dismissal (filing 33) is granted.

Dated July 11, 2012.

BY THE COURT:

*Richard G. Kopf*
Senior United States District Judge